1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar No. 294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-0025 DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON |
| YULIANA GAYTAN-IGNACIO, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, YULIANA GAYTAN-IGNACIO, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender, Megan T. Hopkins, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

This request was made orally at the February 15, 2019 hearing and was granted at that time, however the Court requested that a written request also be filed. The government does not

oppose this request.

This request is made to avoid the necessity of travel for all court appearances, in light of the fact that defendant resides in Los Angeles County, CA and the cost of travel imposes a financial hardship on the defendant and her family.

DATED: February 15, 2019  /s/ Original signature on File
YULIANA GAYTAN-IGNACIO

DATED: February 15, 2019  */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for YULIANA GAYTAN-IGNACIO

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order, whether written or orally.

IT IS SO ORDERED.

Dated: **February 15, 2019**

UNITED STATES MAGISTRATE JUDGE