1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  YULIANA GAYTAN-IGNACIO

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  1:19-cr-00025-DAD-BAM |
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
13 | vs. | JUDGE: Hon. Barbara A. McAuliffe |
14 | MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
15 | Defendants. | |

17       IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, that the status conference scheduled for September 23, 2019 at 1:00 p.m. be

19 continued to **November 18, 2019 at 1:00 p.m.**

20       Counsel for Ms. Gaytan-Ignacio anticipates being in trial on September 23, 2019 and will

21 be in trial for the weeks preceding that date, beginning on September 9, 2019.  The government

22 has recently extended an offer to both defendants, and the parties will need additional time to

23 review and consider the government's offer.  Counsel for Ms. Gaytan-Ignacio will need to travel

24 to Southern California in order to review the offer with Ms. Gaytan-Ignacio in person, in the

25 Spanish language, and will not have an opportunity to do so before September 23, 2019 due to

26 counsel's trial schedule.  The parties will also need additional time to evaluate the need for

27 pretrial motions and to meet and confer as to a motion schedule should the defendants choose not

28 to accept the government's offer.

1    Based on the foregoing the parties agree that the ends of justice served by resetting the
2  status conference date outweigh the best interest of the public and the defendant in a speedy trial.
3  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),
4  (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  September 13, 2019      */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: September 13, 2019      */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO


DATED: September 13, 2019      */s/ Mark Coleman*
MARK COLEMAN
Attorney for Defendant
MIGUEL LOPEZ ALCALA

# **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for September 23, 2019 at 1:00 p.m. is hereby continued to **November 12, 2019 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** The time period between September 23, 2019 and November 18, 2019 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 16, 2019**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE