1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MEGAN T. HOPKINS, #294141
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00025-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | JUDGE: Hon. Barbara A. McAuliffe |
| MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for November 12, 2019 at 1:00 p.m. be continued to **December 9, 2019 at 1:00 p.m.**

The government has recently extended an offer to both defendants which has led to further plea negotiations and the need for a further exchange of information between the parties. The parties will need additional time resolve the case or, alternatively, determine a motion schedule to propose to the Court.  Once a revised formal plea offer is finalized, Counsel for Ms. Gaytan-Ignacio will need to travel to Southern California in order to review the offer with Ms. Gaytan-Ignacio in person, in the Spanish language, and will not have an opportunity to do so before November 22, 2019, at the earliest, due to counsel's hearing schedule in Sacramento and Fresno.

Based on the foregoing the parties agree that the ends of justice are served by resetting

the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: November 7, 2019 */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 7, 2019 */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

DATED: November 7, 2019 */s/ Mark Coleman*
MARK COLEMAN
Attorney for Defendant
MIGUEL LOPEZ ALCALA

**O R D E R**

IT IS SO ORDERED that the 2nd status conference currently scheduled for November 12, 2019 at 1:00 p.m. is hereby continued to **December 9, 2019 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period between November 12, 2019 and December 9, 2019 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 7, 2019**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE