HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00025-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| v. | |
| MIGUEL LOPEZ ALCALA, YULIANA GAYTAN-IGNACIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America and Defendant Yuliana Gaytan-Ignacio, by and through their respective counsel of record, that a condition requiring Ms. Gaytan-Ignacio to remain on home detention be modified to curfew in light of Ms. Gaytan-Ignacio's full compliance with her conditions of pretrial release. Pretrial Services Officer Anthony Perez supports the modification.

On February 7, 2019, Ms. Gaytan-Ignacio appeared before the Honorable Stanley A. Boone for an initial appearance and arraignment on a complaint.[1] ECF No. 18. The Court ordered Ms. Gaytan-Ignacio's release subject to conditions. *Id*. She has been on pretrial release since that time.

---

[1] An indictment was returned on February 14, 2021. ECF No. 20.

On February 12, 2021, a petition alleging a violation of Ms. Gaytan-Ignacio's pretrial release conditions was filed. ECF No. 50. Following a hearing in which she admitted the violation, the Court continued Ms. Gaytan-Ignacio on pretrial release subject to additional conditions, including the condition that she remain on home detention and that she be on location monitoring. ECF Nos. 51, 52. Ms. Gaytan-Ignacio has not had any further issues or alleged violations of her pretrial release conditions since that time.

Given Ms. Gaytan-Ignacio's full-compliance with her restrictive conditions of pretrial release for over a year since her one and only violation, and in light of Officer Perez's support that her condition be modified, the parties stipulate that the following condition (Condition #7) be modified as follows:

Remove:

> **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs; or other activities that cannot be completed by another person on your behalf.

And replace it with:

> **CURFEW:** You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

> All other previously imposed conditions not in conflict with this order will remain in full force and effect.

//
//

Pretrial Services Officer Perez agrees with the requested modification. A hearing is not requested or needed given the parties' stipulation.

       IT IS SO STIPULATED.

Dated: May 3, 2022

       */s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Yuliana Gaytan-Ignacio

Dated: May 3, 2022

       */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Counsel for Plaintiff
United States of America

# ORDER

UPON THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Condition #7 of Defendant Yuliana Gaytan-Ignacio's conditions of pretrial release be modified as follows:

Remove:

> **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs; or other activities that cannot be completed by another person on your behalf.

And replace it with:

> **CURFEW:** You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other previously imposed conditions not in conflict with this order will remain in full force and effect.

IT IS SO ORDERED.

DATED: 5/3/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE