HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>YULIANA GAYTAN-IGNACIO,<br><br>  Defendants. | Case No. 1:19-cr-00025-DAD-BAM-2<br><br>STIPULATION TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL DATE AND TO SET BRIEFING SCHEDULE; ORDER<br><br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Defendant Yuliana Gaytan-Ignacio and Plaintiff United States of America, through their respective counsel of record, that the trial confirmation scheduled for September 26, 2022 at 10:00 a.m. and the trial date scheduled November 15, 2022 both be vacated, and instead that a briefing schedule on a defense motion to suppress be set as set forth below:

- Defense motion to suppress to be filed on or before October 3, 2022;
- Government opposition to be filed on or before November 7, 2022;
- Any defense reply to be filed on or before November 14, 2022;
  - Motion hearing to be held on November 28, 2022, at 10:00 a.m.
  - The parties have diligently been attempting to resolve this case.

Unfortunately, the parties have thus far been unable to reach a resolution. The defense plans to file a suppression motion that, if granted, would be dispositive. In light of

1  that possibility, the parties stipulate to vacating the trial confirmation hearing and trial
2  dates and instead setting a briefing schedule on the defense's motion to suppress.
3  Based on the foregoing, the parties agree that the ends of justice are served by vacating
4  the trial confirmation and trial date hearings outweigh the best interest of the public and the
5  defendant in a speedy trial.  Therefore the parties agree that time up to an including November
6  28, 2022 or upon prompt disposition of the motion, is excludable pursuant to 18 U.S.C. §§
7  3161(h)(1)(A), (7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 23, 2022

*/s/ Jaya c. Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

PHILLIP A. TALBERT
United States Attorney

DATED:  August 23, 2022

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED** that the trial confirmation currently scheduled for September 26, 2022 at 10:00 a.m. and the trial date currently scheduled for November 15, 2022 at 8:30 a.m. are hereby vacated and the following briefing schedule is set:

- Defense motion to suppress to be filed on or before October 3, 2022;
- Government opposition to be filed on or before November 7, 2022;
- Any defense reply to be filed on or before November 14, 2022;
    - Motion hearing to be held on November 28, 2022, at 10:00 a.m.
    - The time period until September 26, 2022 was previously excluded. The time period between September 26, 2022, and November 28, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(A), (h)(7)(A) and (B)(i) and (iv), as there will be a pending motion and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 24, 2022**                          *Dale A. Drozd*
                                                    UNITED STATES DISTRICT JUDGE