HEATHER E. WILLIAMS, #122664
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00025-ADA-BAM |
| Plaintiff, | STIPULATION TO RE-SET BRIEFING SCHEDULE; ORDER |
| vs. | JUDGE: Hon. Ana de Alba |
| YULIANA GAYTAN-IGNACIO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant Yuliana Gaytan-Ignacio and

Plaintiff United States of America, through their respective counsel of record, that the current

briefing schedule on a defense motion to suppress be re-set as set forth below:

- Defense motion to suppress to be filed on or before October 31, 2022;

- Government opposition to be filed on or before December 5, 2022;

- Any defense reply to be filed on or before December 19, 2022;

- Motion hearing to be held on January 17, 2023, at 10:00 a.m. before the Honorable

   Ana de Alba, United States District Judge.

Defense counsel has been in a lengthy evidentiary hearing before the Honorable William

B. Shubb, which was originally anticipated to conclude on September 9, 2022. The hearing is

currently anticipated to continue into the beginning of October. Defense counsel has also had

other matters that have occupied the remainder of her time. As a result, defense counsel needs

additional time to finalize the motion to suppress. The government does not object to continuing

the briefing schedule as set forth above. Additionally, the parties agree that time up to an

including January 16, 2023 or upon prompt disposition of the motion, is excludable pursuant to

18 U.S.C. §§ 3161(h)(1)(A), (7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 28, 2022          */s/ Jaya Gupta*
                                   JAYA C. GUPTA
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   YULIANA GAYTAN-IGNACIO

PHILLIP A. TALBERT
United States Attorney

DATED:  September 28, 2022         */s/ Stephanie Stokman*
                                   STEPHANIE STOKMAN
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

IT IS SO ORDERED.

   Dated:   September 29, 2022      _____

                                   UNITED STATES DISTRICT JUDGE

1
2
3
4
5

**<u>ORDER</u>**

6     **IT IS HEREBY ORDERED** that the briefing schedule currently in place is re-set as
7 follows:

8     • Defense motion to suppress to be filed on or before October 31, 2022;
9     • Government opposition to be filed on or before December 5, 2022;
10    • Any defense reply to be filed on or before December 19, 2022;
11    • Motion hearing to be held on January 17, 2023, at 10:00 a.m. before the Honorable
12      Ana de Alba, United States District Judge
13    The time period until November 28, 2022 was previously excluded. The time period from
14 November 28, 2022 between January 17, 2023 is excluded under the Speedy Trial Act pursuant
15 to 18 U.S.C. §3161(h)(1)(A), (h)(7)(A) and (B)(i) and (iv), as there will be a pending motion and
16 because the ends of justice served outweigh the best interest of the public and the defendant in a
17 speedy trial.
18
19
20
21
22
23
24
25
26
27
28