1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  YULIANA GAYTAN-IGNACIO

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:19-cr-00025-ADA-BAM-2
12 |          Plaintiff,              | STIPULATION TO RE-SET BRIEFING
                                       SCHEDULE; ORDER
13 |     vs.                          |
                                       JUDGE: Hon. Ana de Alba
14 | YULIANA GAYTAN-IGNACIO,          |
15 |          Defendants.             |

16

17      IT IS HEREBY STIPULATED by and between Defendant Yuliana Gaytan-Ignacio and

18 Plaintiff United States of America, through their respective counsel of record, that the current

19 briefing schedule on a defense motion to suppress be re-set as set forth below:

20      • Defense motion to suppress to be filed on or before November 28, 2022;

21      • Government opposition to be filed on or before December 30, 2022;

22      • Any defense reply to be filed on or before January 9, 2023;

23      • Motion hearing to be held on January 23, 2023, at 10:00 a.m. before the Honorable

24         Ana de Alba, United States District Judge

25      Defense counsel had been in a lengthy evidentiary hearing before the Honorable William

26 B. Shubb that concluded on October 7, 2022. Defense counsel has also had other matters that

27 have occupied the remainder of her time. As a result, defense counsel needs additional time to

28 consult with her client and finalize the motion to suppress. The government does not object to

1  continuing the briefing schedule as set forth above. Time up to January 16, 2023 was previously
2  excluded. The parties agree that time up to the prompt disposition of the motion, is excludable
3  pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: October 27, 2022   */s/ Jaya Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

PHILLIP A. TALBERT
United States Attorney

DATED:  October 27, 2022   */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:   October 28, 2022

UNITED STATES DISTRICT JUDGE

## ORDER

**IT IS HEREBY ORDERED** that the briefing schedule currently in place is re-set as follows:

- Defense motion to suppress to be filed on or before November 28, 2022;
- Government opposition to be filed on or before December 30, 2022;
- Any defense reply to be filed on or before January 9, 2023;
- Motion hearing to be held on January 23, 2023, at 10:00 a.m. before the Honorable Ana de Alba, United States District Judge

The time period until January 16, 2023 was previously excluded. Time is excluded until disposition of the motion under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(A), (h)(7)(A) and (B)(i) and (iv), as there will be a pending motion and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.