HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YULIANA GAYTAN-IGNACIO,<br><br>Defendant. | Case No. 1:19-cr-00025-ADA-BAM<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING MOTION TO SUPPRESS AND TO CONTINUE MOTION HEARING; ORDER**<br><br>Date: March 6, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Yuliana Gaytan-Ignacio, that the Court may extend the deadline for filing a motion to suppress and may continue the motion hearing currently scheduled for January 23, 2023, to March 6, 2023, at 10:00 a.m.

Undersigned defense counsel entered a notice of appearance in this case on November 21, 2022, following prior defense counsel's departure from the Office of the Federal Defender for the Eastern District of California. Defense counsel requires additional time to review discovery, consult with her client regarding a plea offer the government has extended, and potentially draft a motion to suppress.

Accordingly, the parties request that the Court set the following new deadlines: motion to suppress due January 9, 2023; opposition due February 6, 2023; and reply due February 20,

2023. The parties further request that the Court continue the motion hearing currently scheduled for January 23, 2023, to March 6, 2023, at 10:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 30, 2022        */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 30, 2022        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
YULIANA GAYTAN-IGNACIO

## **O R D E R**

**IT IS SO ORDERED.** Any motion to suppress shall be filed by January 9, 2023; any opposition shall be filed by February 6, 2023; and any reply shall be filed by February 20, 2023. The motion hearing currently scheduled for January 23, 2023, is hereby continued to March 6, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 1, 2022

UNITED STATES DISTRICT JUDGE