1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   YULIANA GAYTAN-IGNACIO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00025-ADA-BAM
12 | Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING MOTION TO SUPPRESS AND TO CONTINUE MOTION HEARING; ORDER**
13 | vs. |
14 | YULIANA GAYTAN-IGNACIO, |
15 | Defendant. | Date:   March 27, 2023
   |   | Time:  10:00 a.m.
   |   | Judge: Hon. Ana de Alba
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Yuliana Gaytan-Ignacio, that the Court may extend

20 the deadline for filing a motion to suppress and may continue the motion hearing currently

21 scheduled for March 6, 2023, to March 27, 2023, at 10:00 a.m.

22        Undersigned defense counsel entered a notice of appearance in this case on November

23 21, 2022, following prior defense counsel's departure from the Office of the Federal Defender

24 for the Eastern District of California. Defense counsel requires additional time to review

25 discovery, consult with her client regarding a plea offer the government has extended, and

26 potentially draft a motion to suppress.

27        Accordingly, the parties request that the Court set the following new deadlines: motion to

28 suppress due February 6, 2023; opposition due March 6, 2023; and reply due March 13, 2023.

The parties further request that the Court continue the motion hearing currently scheduled for March 6, 2023, to March 27, 2023, at 10:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 5, 2023          */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 5, 2023          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
YULIANA GAYTAN-IGNACIO

## **O R D E R**

**IT IS SO ORDERED.** Any motion to suppress shall be filed by February 6, 2023; any opposition shall be filed by March 6, 2023; and any reply shall be filed by March 13, 2023. The motion hearing currently scheduled for March 6, 2023, is hereby continued to March 27, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 5, 2023                    _____
                                             UNITED STATES DISTRICT JUDGE