1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   YULIANA GAYTAN-IGNACIO
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00025-ADA-BAM |
   | Plaintiff, | **STIPULATION TO VACATE MOTION HEARING AND SET FOR CHANGE OF PLEA;  ORDER** |
   | vs. | |
   | YULIANA GAYTAN-IGNACIO, | Date:   March 13, 2023 |
   | Defendant. | Time:   8:30 a.m. |
   |  | Judge: Hon. Ana de Alba |

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Yuliana Gaytan-Ignacio, that the Court may vacate the

20 motion hearing currently scheduled for March 27, 2023, and set this matter for a change of plea

21 hearing on March 13, 2023, at 8:30 a.m. The parties have reached a resolution and will be filing

22 a signed plea agreement next week. The parties agree that, for the purpose of computing time

23 under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the

24 time period of February 3, 2023, to March 13, 2023, inclusive, is excludable pursuant to 18

25 U.S.C. § 3161(h)(1)(G), as the delay results from consideration by the court of a proposed plea

26 agreement.

27 / / /

28 / / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 3, 2023          */s/ Stephanie Stokman*
                                STEPHANIE STOKMAN
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: February 3, 2023          */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                YULIANA GAYTAN-IGNACIO

## **O R D E R**

**IT IS SO ORDERED.** The motion hearing scheduled for March 27, 2023, is vacated. A change of plea hearing is hereby set for March 13, 2023, at 8:30 a.m. before the Honorable Ana de Alba. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 3, 2023, to March 13, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G).

IT IS SO ORDERED.

Dated:    February 6, 2023                    _____
                                              UNITED STATES DISTRICT JUDGE