HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO




MAR 17 2023




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>YULIANA GAYTAN-IGNACIO,<br>Defendant. | Case No. 1:19-cr-00025-ADA-BAM-2<br><br>STIPULATION TO REMOVE CONDITION OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Yuliana Gaytan-Ignacio, that the Court may remove pretrial condition 7(a), which subjects Ms. Gaytan-Ignacio to location monitoring.

On February 7, 2019, the Court released Ms. Gaytan-Ignacio on a $5,000 cash bond. ECF No. 17. On February 16, 2021, the Court added a location monitoring condition after Ms. Gaytan-Ignacio admitted to violating the conditions of her release by traveling out of district without prior approval. ECF Nos. 50, 51, 52. Specifically, the Court imposed home detention. ECF No. 52.

Between February 16, 2021, and May 4, 2022, Ms. Gaytan-Ignacio fully complied with the home detention condition. On May 4, 2022, the Court granted a request to reduce monitoring to curfew. ECF No. 68. Ms. Gaytan-Ignacio has continued to abide by all conditions of release

since then.

On March 13, 2023, Ms. Gaytan-Ignacio entered a plea of guilty to misprision of a felony pursuant to a plea agreement. ECF No. 93, 95. Pursuant to the terms of that plea agreement, the government will recommend a noncustodial sentence. ECF No. 93. Sentencing is currently scheduled for June 12, 2023, before the Honorable Ana de Alba. ECF No. 95.

In light of Ms. Gaytan-Ignacio's compliance with the conditions of her pretrial release over the last two years and given that the offense Ms. Gaytan-Ignacio pled to is likely to result in a noncustodial sentence, the parties agree that the location monitoring condition is not necessary to reasonably assure Ms. Gaytan-Ignacio's appearance or the safety of the community. On March 16, 2023, Ms. Gaytan-Ignacio's supervising Pretrial Services Officer in the Central District of California stated via email that he had no objection to removing the location monitoring condition and confirmed that Ms. Gaytan-Ignacio "has been compliant with no issues to report."

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 16, 2023

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 16, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
YULIANA GAYTAN-IGNACIO

///

///

///

///

///

**ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby removes Condition 7(a) of defendant Yuliana Gaytan-Ignacio's pretrial release.

**IT IS SO ORDERED.**

DATED: March 17, 2023

Hon. Erica P. Grosjean
United States Magistrate Judge