HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YULIANA GAYTAN-IGNACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-cr-00025-ADA-BAM |
| Plaintiff, | ***UNOPPOSED* MOTION TO EXONERATE BOND; ORDER** |
| vs. | |
| YULIANA GAYTAN-IGNACIO, | |
| Defendant. | |

Defendant Yuliana Gaytan-Ignacio hereby moves this Court to exonerate the $5,000 cash bond posted in this matter on February 7, 2019, pursuant to Rule 46 of the Federal Rules of Criminal Procedure.

On February 6, 2019, Ms. Gaytan-Ignacio made her initial appearance on a criminal complaint in the Eastern District of California. *See* ECF #1, 6. The next day, the Court held a detention hearing, during which the Court ordered Ms. Gaytan-Ignacio released on a $5,000 cash bond. *See* ECF #18, 17. The cash bond was posted the same day as the detention hearing. The docket entry is not numbered but references receipt number #CAE100041615:

| | |
|---|---|
| 02/07/2019 | RECEIPT number #CAE100041615 $5000.00 fbo Yuliana Gaytan-Ignacio by Lizette Lopez on 2/7/2019. (Flores, E) [1:19-mj-00029-SAB] (Entered: 02/07/2019) |

1    On March 13, 2023, Ms. Gaytan-Ignacio entered a guilty plea to an Information. *See* ECF

2    No. 95. The Court thereafter sentenced Ms. Gaytan-Ignacio to time served and one year of

3    supervised release, which commenced on June 12, 2023. *See* ECF #105, #106.

4    Because the cash bond was posted as a condition of Ms. Gaytan-Ignacio's pretrial release

5    and because she is no longer on pretrial release, the defense requests that the Court exonerate the

6    surety and release the cash bond pursuant to Federal Rule of Criminal Procedure 46(g). *See* Fed.

7    R. Crim. P. 46(g) ("The court must exonerate the surety and release any bail when a bond

8    condition has been satisfied or when the court has set aside or remitted the forfeiture. The court

9    must exonerate a surety who deposits cash in the amount of the bond or timely surrenders the

10   defendant into custody."). On August 16, 2023, defense counsel contacted counsel for the

11   government, who stated that she had no objection to this motion.

12

13   Dated:  August 18, 2023                        Respectfully submitted,

14

15                                                  HEATHER E. WILLIAMS
                                                    Federal Defender

16

17                                                  */s/ Erin Snider*
                                                    ERIN SNIDER

18                                                  Assistant Federal Defender
                                                    Attorney for Defendant

19                                                  YULIANA GAYTAN-IGNACIO

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

     / / /

1

**O R D E R**

2        The motion to exonerate bond is hereby GRANTED. The $5,000 cash bond posted on

3   February 7, 2019, is hereby exonerated and the Clerk of Court is directed to return the cash bond

4   to Lizette Lopez.

5

6   IT IS SO ORDERED.

7        Dated:   __**August 18, 2023**__          ____/s/ *Barbara A. McAuliffe*____

8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28